## JASON L'MINGGIO *v.* COMMISSIONER OF CORRECTION

The petitioner Jason L'Minggio's petition for certification for appeal from the Appellate Court, 132 Conn. App. 906 (AC 33315), is denied.

*Kirsten Coffin,* assigned counsel, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided January 20, 2012

## BETTY SULLIVAN, CONSERVATRIX (ESTATE OF EDITH FRYER) *v.* ANTHONY LAZZARI ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 32616) is denied.

*Kimberly Albright-Lazzari,* pro se, and *Anthony Lazzari,* pro se, in support of the petition.

Decided January 20, 2012

## CORNFIELD ASSOCIATES, L.P. *v.* DAVID CUMMINGS

The defendant's petition for certification for appeal from the Appellate Court (AC 33574) is denied.

*David Cummings,* pro se, in support of the petition.

Decided January 20, 2012